■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

JOSEPH R. RICH, Appellant.—Judgment of the County Court, Suffolk County (Mazzei, J.), rendered September 24, 1984, affirmed *(see, People v Carmello,* 114 AD2d 965). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.